**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JOSEPH WEST a/k/a SAM WEST,       ) | Case No. CV 16-5566-VAP (JPRx) |
|                                                              ) | |
|           Plaintiff/                            ) | |
|           Judgment Creditor,       ) | ORDER ACCEPTING FINDINGS AND |
|                                                              ) | RECOMMENDATIONS OF U.S. |
|           v.                                       ) | MAGISTRATE JUDGE |
|                                                              ) | |
| ZIP 2 ZIP TRANSPORT &             ) | |
| STORAGE, INC., d/b/a                 ) | |
| AMERICAN BEST MOVING,          ) | |
|                                                              ) | |
|           Defendant/                         ) | |
|           Judgment Debtor.         ) | |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the parties' briefings, records on file, and Report and Recommendation of the U.S. Magistrate Judge.  No objections to the Report and Recommendation have been filed.  The Court accepts the findings and recommendations of the Magistrate Judge.

IT THEREFORE IS ORDERED that Plaintiff's objection to third party Alejandro Trejo's claim concerning the levied bank account is SUSTAINED, Trejo's claim is DENIED, and the U.S. Marshal is

ORDERED to release funds in the disputed account to Plaintiff up to an amount sufficient to satisfy the judgment.

DATED:_December 6, 2016

VIRGINIA A. PHILLIPS
CHIEF UNITED STATES DISTRICT JUDGE

2