**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JOSEPH WEST a/k/a SAM WEST,<br><br>    Plaintiff/<br>    Judgment Creditor,<br><br>v.<br><br>ZIP 2 ZIP TRANSPORT & STORAGE, INC., d/b/a AMERICAN BEST MOVING,<br><br>    Defendant/<br>    Judgment Debtor. | Case No. CV 16-5566-VAP (JPRx)<br><br>**J U D G M E N T** |

    Pursuant to the Order Accepting Findings and Recommendations of U.S. Magistrate Judge,

    IT IS HEREBY ADJUDGED that Plaintiff's objection to third party Alejandro Trejo's claim concerning the levied bank account is SUSTAINED, Trejo's claim is DENIED, and the U.S. Marshal is ORDERED to release funds in the disputed account to Plaintiff up to an amount sufficient to satisfy the judgment.

DATED:_December 6, 2016             _/s/ Virginia A. Phillips_
                                             VIRGINIA A. PHILLIPS
                                             U.S. DISTRICT JUDGE